IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **CHRISTOPHER LOADHOLT, on behalf of himself and all others similarly situated,**<br><br>Plaintiff,<br><br>-v-<br><br>**MYXED UP CREATIONS, INC.,**<br><br>Defendant. | Civil Case Number:  1:22-cv-07708-LJL |

### [PROPOSED] DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' April 10, 2023 Stipulation of Dismissal, all claims asserted against Defendant in Civil Action No. **1:22-cv-07708-LJL**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

SO ORDERED THIS   14   day of April 2023.

_____
HONORABLE LEWIS J. LIMAN
UNITED STATES DISTRICT JUDGE